UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LEE RUSH, | No.  2:21-cv-01665 AC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Plaintiff filed this Social Security case on September 15, 2021.  ECF No. 1.  The case was stayed pursuant to General Order 615.  ECF No. 4.  On September 20, 2021, the parties were issued Consent/Decline forms with a due date of December 23, 2021.  ECF No. 6.  The court recognizes that the issuance of the stay and the requirement of submitting Consent/Decline forms may appear contradictory.  Nonetheless, to efficiently move social security cases forward as stays are lifted, this deadline must be met.  Accordingly, the parties are ORDERED to submit Consent/Decline forms within 14 days of this order.  The case remains otherwise stayed.

IT IS SO ORDERED.

DATED: December 29, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE