PHILLIP A. TALBERT
United States Attorney
PETER THOMPSON
Acting Chief Counsel, Region IX
Social Security Administration
PATRICK SNYDER
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4858
    Facsimile: (415) 744-0134
    E-Mail: Patrick.Snyder@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LEE RUSH,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br><br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:21-cv-01665-AC<br><br>STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner has agreed to a voluntary remand of this case for further administrative proceedings, pursuant to *sentence four* of 42 U.S.C. § 405(g).

    On remand, the prior ALJ decision will be vacated, and the agency will issue a new decision, including offering claimant an opportunity for a hearing and further evaluation of the medical opinions and claimant's symptom complaints. This stipulation constitutes a remand under the *fourth sentence* of Section 205(g) of the Social Security Act. 42 U.S.C. § 405(g). The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant.

                                         Respectfully submitted,

| | |
|---|---|
| Dated: June 8, 2022 | PHILLIP A. TALBERT<br>United States Attorney<br>PETER THOMPSON<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
| By | /s/ *Patrick Snyder*<br>PATRICK SNYDER<br>Special Assistant U.S. Attorney<br><br>Attorneys for Defendant |
| Dated: May 27, 2022 | |
| By | */s/ Omar Ordega*<br>(*as authorized via e-mail)<br>OMAR ORTEGA<br>Attorney for Plaintiff |

## **ORDER**

Based on the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for good cause shown, IT IS ORDERED that the above captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of the Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner.

DATED: June 8, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE