

United States District Court
Eastern District of California

| Jason Lee Rush | | Case Number: | 2:21-cv-01665-AC |

Plaintiff(s)

V.

Commissioner of Social Security

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Eddy Pierre Pierre hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Jason Lee Rush

On 06/30/1998 (date), I was admitted to practice and presently in good standing in the New York Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have, ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Prasad v. Commissioner of Social Security, 2:22-cv-00483-WBS-AC; applied 1/15/2024; pending

Date: 10/22/2024      Signature of Applicant: /s/ Eddy Pierre Pierre

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Eddy Pierre Pierre |
| Law Firm Name: | Pierre Pierre Law, P.C. |
| Address: | 15 Park Pl. |
| | 2nd Fl., Ste 4 |
| City: | Bronxville    State: NY    Zip: 10708 |
| Phone Number w/Area Code: | (646) 992-8383 |
| City and State of Residence: | Santa Fe, New Mexico |
| Primary E-mail Address: | epierre2@pierrepierrlaw.com |
| Secondary E-mail Address: | fedcourt@pierrepierrelaw.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Omar Ortega |
| Law Firm Name: | Pierre Pierre Law, P.C. |
| Address: | 1100 Town and Country Rd |
| | Suite 1228 |
| City: | Orange    State: CA    Zip: 92868 |
| Phone Number w/Area Code: | (646) 992-8383    Bar #: 226305 |

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 24, 2024

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE